UNITED STATES DISTRICT COURT

FILED'06 MAY 03 16:39USDC-ORP

DISTRICT OF OREGON

**BETSY WESTOM**

        Plaintiff,

vs.

**COMMISSIONER of Social Security**,

        Defendant.

CV # 04-1734-HA

ORDER FOR EAJA FEES

      Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the

amount of $6500.00 shall be awarded, as expressly agreed by the parties, directly to attorney

Linda Ziskin, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412.

DATED this _____3_____ day of May, 2006.

HON. ANCER L. HAGGERTY
UNITED STATES DISTRICT JUDGE

Presented by:

/s/

**LINDA ZISKIN,** OSB # 01106
(503) 889-0472
Attorney for Plaintiff

STIPULATION FOR EAJA FEES